IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHILIP P. GIBILISCO, | ) | 4:10CV3070 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on several pending motions. As for Petitioner's "Second Motion for Default Judgment" (filing no. 22), "Motion to Reassert Former Pleadings" (filing no. 23), and "Motion for Release Pending Review" (filing no. 27), Petitioner makes a merits-based argument that he should be released before this Court has had the opportunity to fully consider the briefs and arguments of the parties. In due course, the Court will resolve Petitioner's claims. However, for now, it is sufficient to state that Petitioner's motions should be denied.

    As for Respondent's Motions to Extend Order, which essentially seek short extensions of time, they will be granted. (Filing Nos. 12 and 26.) Indeed, Respondent has now fully complied with the Court's orders on submission of briefs and state court records and this matter is ripe for resolution.

    IT IS THEREFORE ORDERED that:

    1.    Petitioner's "Second Motion for Default Judgment" (filing no. 22), "Motion to Reassert Former Pleadings" (filing no. 23), and "Motion for Release Pending Review" (filing no. 27) are denied.

    2.    Respondent's Motions to Extend Order (filing nos. 12 and 26) are granted.

DATED this 15th day of February, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.